IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-234 |
| | ) |
| JOSE ARNOLDO GUEVERA, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 5th day of November, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 26, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, November 9, 2007 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance M. Bowden,
    Assistant United States Attorney

    Stephen F. Capone, Esquire
    210 Grant Street
    Suite 300
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation

    Ana Lahr,
    Court Interpreter